# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DORIAN CHRISTIAN CARVALHO,** | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:11-1995 |
| v | : | (JUDGE MANNION) |
| **WARDEN BRYAN BLEDSOE,** *et al.,* | : | |
| Defendants | : | |

## O R D E R

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Defendants' motion for summary judgment (Doc. 160) is **GRANTED** in part and **DENIED** in part; and

2. Judgment is entered in favor of Defendants on all claims with the exception of Carvalho's Eighth Amendment excessive force claim against Bledsoe related to the use of restraints from February 16, 2011, to February 28, 2011, and from August 19, 2011, until September 1, 2011.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
United States District Judge

**DATED: August 13, 2019**
11-1995-01 order