## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| **DORAN CHRISTIAN CARVALHO,** | **:** |
| | **: CIVIL ACTION NO. 11-1995** |
| **Plaintiff** | **:** |
| | **:          (Mannion, J.)** |
| **v.** | **:** |
| | **:** |
| **BRYAN BLEDSOE, et al.** | **:** |
| | **:** |
| **Defendants.** | **:** |
| _____ | **:** |

### PLAINTIFF CARVALHO'S MOTION IN LIMINE

Plaintiff Doran Christian Carvalho moves this Honorable Court to grant the Motion In Limine to limit the admissibility of evidence to those facts that are material to the issues presented in this civil rights action brought pursuant to 42 U.S.C. §1983, and to preclude Defendants from examining witnesses, presenting testimony, or introducing any other evidence at trial regarding the criminal convictions, sentence, length of incarceration, and institutional misconducts of Mr. Carvalho. The grounds for this motion are set forth in the accompanying memorandum of law.

Plaintiff respectfully reserves the right to file additional motions in limine pending receipt of Defendants' witness list, exhibit list, and expert disclosures, if any.

Respectfully submitted,

*/s/ Angus Love*

Angus Love, Esq.,
Attorney ID No. PA 22392
Pennsylvania Institutional Law Project
718 Arch Street, Suite 304S
Philadelphia, PA 19106
T:  215-925-2966
F:  215-925-5337

*/s/Alexandra Morgan-Kurtz*
Attorney ID No. PA 312631
Pennsylvania Institutional Law Project
100 Fifth Ave, Ste 900
Pittsburgh, Pa 15222
T: 412-434-6175

*Attorneys for Plaintiff Doran Carvalho*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| **DORAN CHRISTIAN CARVALHO,** | : |
| | : **CIVIL ACTION NO. 11-1995** |
| **Plaintiff** | : |
| | : **(Mannion, J.)** |
| **v.** | : |
| | : |
| **BRYAN BLEDSOE, et al.** | : |
| | : |
| **Defendants.** | : |
_____:


## CERTIFICATE OF NON-CONCURRENCE

I, Alexandra Morgan-Kurtz, certify that on September 10, 2019, I sought the concurrence of Defendant's counsel, Attorney Samuel Dalke in the foregoing motion, and that it was not granted.


*/s/Alexandra Morgan-Kurtz*
Attorney ID No. PA 312631
Pennsylvania Institutional Law Project
100 Fifth Ave, Ste 900
Pittsburgh, Pa 15222
T: 412-434-6175

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

**DORAN CHRISTIAN CARVALHO,**    :

                                 : **CIVIL ACTION NO. 11-1995**

       **Plaintiff**                 :

                                 :         **(Mannion, J.)**

       **v.**                        :

                                 :

**BRYAN BLEDSOE, et al.**        :

                                 :

       **Defendants.**           :

_____:

## CERTIFICATE OF SERVICE

I, Alexandra Morgan-Kurtz, hereby certify that on September 11, 2019 a true and correct copy of this Plaintiff Carvalho's Motion in Limine and accompanying Memorandum of Law were served upon the following via ECF.

Samuel Dalke, Esq.
Assistant US Attorney
228 Walnut St. Suite 220
Harrisburg, Pa. 17108-1754


                                     */s/Alexandra Morgan-Kurtz*
                                     Attorney ID No. PA 312631
                                     Pennsylvania Institutional Law Project
                                     100 Fifth Ave, Ste 900
                                     Pittsburgh, Pa 15222
                                     T: 412-434-6175