# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

DORIAN CHRISTIAN CARVALHO :

    Plaintiff  :  CIVIL ACTION NO. 3:11-1995

    v.  :  (JUDGE MANNION)

WARDEN BRYAN BLEDSOE, et al.,  :

    :

    Defendant

    :

## ORDER

For the reasons set forth in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) Dorian Christian Carvalho's motion *in limine*, (Doc. 189), is **GRANTED IN PART** and **DENIED IN PART**. Limited evidence of Carvalho's felony firearm conviction and prison misconduct will be permitted only to the extent that these matters were known to Warden Bryan Bledsoe and informed his judgment regarding the quantum of force needed in this case. Evidence of Carvalho's other criminal convictions for which he completed his sentences prior to 2002 will be excluded.

(2) Bledsoe's motion *in limine*, (Doc. 191), is **GRANTED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: October 8, 2019**
11-1995-02-ORDER